```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 03 B 50775
  JAMES A ADAMSKI
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-6677


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/17/03 and confirmed on 02/27/04.

    2.  The case was dismissed after confirmation, 05/30/2008.

    3.  The Debtor paid a total of $  45330.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | 42078.86 | .00 | 42078.86 |
| AMERICAN EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| BRISTOL PAPER | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST SELECT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CARD | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 987.31 | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SHELL OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| THE BUREAUS INC | UNSECURED | NOT FILED | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |
| EDUCATIONAL RESOURCES IN | UNSECURED | 5608.29 | .00 | .00 |
| SALLIE MAE SERVICING COR | FILED LATE | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 42078.86 | .00 | 6595.60 | .00 | 48674.46 |
| PRINCIPAL PAID | 42078.86 | .00 | .00 | .00 | 42078.86 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID              42078.86         .00           .00           .00        42078.86
```

The Debtor's attorney, ROBERT V SCHALLER             , was allowed $   2700.00
and was paid $    1391.00   direct and $    1309.00   through the plan.

The Trustee received $    1942.14 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 08/19/08                    /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE